# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158856

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NICOLA BINNS, JAYNE CARVER, SUSAN
McDONALD, GOAT YARD, LLC, and END
OF THE ROAD MINISTRIES, LLC,
            Plaintiffs-Appellants,

v

CITY OF DETROIT, CITY OF DETROIT
WATER AND SEWERAGE DEPARTMENT,
DETROIT BOARD OF WATER
COMMISSIONERS, and GREAT LAKES
WATER AUTHORITY,
            Defendants-Appellees.

SC: 158856
COA: 337609

_____/

      On order of the Court, the application for leave to appeal the November 6, 2018 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *DAART v City of Detroit* (Docket No. 158852) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2020



s0121

Clerk